Commonwealth *v.* Bell, Appellant.

Submitted December 4, 1972. *Anne Johnson, Mike Hanford,* and *Jonathan Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney,

704

and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.